ORIGINAL

Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

FILED
2007 JUN -4 A 11: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

NATURAL SELECTION FOODS, LLC d/b/a EARTHBOUND FARM, a California limited liability company,

Plaintiff,

vs.

FURY, INC. D/B/A CITY PRODUCE, a California corporation, and ROBERT GARSHA, an individual,

Defendants.

Case No.: C07 02886 RS

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

A.   **Plaintiff Natural Selection Foods, LLC d/b/a Earthbound Farm:**

Plaintiff initiated this action, seeking the following relief:

1. Order declaring that it is a PACA trust beneficiary of Fury, Inc. d/b/a City Produce ("City Produce") with a valid PACA trust claim in the aggregate amount of $29,419.44, plus interest from

      the date each invoice became past due, costs and attorneys' fees;

2. Order directing City Produce to immediately turn over to the Plaintiff, as a beneficiary of this trust, an amount of the PACA Trust Assets equal to the sum of $29,419.44, plus interest from the date each invoice became due, costs and attorneys' fees;

3. Order creating a common fund from which all PACA trust beneficiaries may be paid by directing City Produce to maintain PACA Trust Assets equal to the sum of $29,419.44, plus the claims of all other unpaid suppliers of produce that properly preserved their PACA Trust claims, directing City Produce to replenish the PACA trust to a level sufficient to satisfy all qualified PACA trust claims, and enjoining City Produce from dissipating PACA Trust Assets;

4. Order directing City Produce to immediately pay Plaintiff the sum of $29,419.44, plus interest from the date each invoice became past due, costs and attorneys' fees; and

5. Order entering judgment in favor of Plaintiff and against City Produce in the amount of $29,419.44, plus interest from the date each invoice became past due, costs and attorneys' fees.

6. Order entering judgment in favor of Plaintiff and against Robert Garsha in the amount of $29,419.44, plus interest from the date each invoice became past due, costs and attorneys' fees, less any monies Plaintiff receives from the PACA Trust Assets.

7. Order requiring Robert Garsha to disgorge and transfer any and all PACA Trust Assets that came into their possession and control to Plaintiff in the amount of $29,419.44, plus interest

from the date each invoice became past due, costs, attorneys' fees, and punitive damages to be determined by the trier of fact, less any monies Plaintiff receives from the PACA Trust Assets.

**B.    Defendant Fury, Inc. d/b/a City Produce:**

Fury, Inc. d/b/a City Produce is a corporate Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $29,419.44.

**C.    Robert Garsha**

Robert Garsha is an individual Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $29,419.44.

Respectfully submitted on this 31st day of May, 2007.

MEUERS LAW FIRM, P.L.

By: _____
Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff