ORIGINAL

Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

FILED
2007 JUN -4 A 11: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **NATURAL SELECTION FOODS, LLC d/b/a EARTHBOUND FARM, a California limited liability company,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**FURY, INC. D/B/A CITY PRODUCE, a California corporation, and ROBERT GARSHA, an individual,**<br><br>**Defendants.** | **Case No.:** C07 02886 RS<br><br>**RULE 7.1. DISCLOSURE STATEMENT** |

COMES NOW, Plaintiff, Natural Selection Foods, LLC d/b/a Earthbound Farms, (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//

//

//

Respectfully submitted on this 31st day of May, 2007.

**MEUERS LAW FIRM, P.L.**

By: ______________________________

Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff