| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Steven De Falco 0733571<br>MEIJERS LAW FIRM<br>2395 Park Central Ct<br>Naples, FL 34109 | (816) 712-4708 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Natural Selectons Foods, LLC

DEFENDANT:
Fury, Inc. d/b/a City Produce, and Robert Garsha

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-02886 RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Complaint, Certification of Interested Entities or Persons, Rule 7.1 Disclosure Statement, Summons, Summons, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for all Judges of the Northern District of California, See Attachment.

**BY FAX**

2. Party Served:  Fury, Inc. d/b/a City Produce, a California Corporation.

3. Person Served:  Robert Garsha - Person authorized to accept service of process

4. Date & Time of Delivery:  June 12, 2007    5:10 pm

5. Address, City and State:  500 Camino Al Barranco
Watsonville, CA  95704

FILED 2007 JUN 14 P 2:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for Service: $ 44.75

Registered California process server.
County: MONTEREY
Registration No.: 102
Expiration: January 28, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 13, 2007 at Oakland, California.

Signature: _____
Bruce A. Premo

<u>Natural Food Selections Foods, LLC vs. Fury, Inc d/b/a City Produce et. al.</u>
USDC #C07-02886 RS

Attachment

Standing Order Regarding Case Management in Civil Cases, Standing Order Re: Initial Case Management, Notice of Assignment of Case to a United States Magistrate Judge, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process