CHOATE & CHOATE
Joseph Choate, Jr.  S. B. No. 039018
Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
2596 Mission Street, Suite 300
San Marino, California 91108
Telephone:    (213) 623-2297
Facsimile:    (213) 623-6429

Mark C. H. Mandell [MM-5708]
42 Herman Thau Road
Annandale, NJ 08801
Telephone:    908-638-4434

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATURAL SELECTION FOODS LLC  d/b/a EARTHBOUND FARM, a California limited liability company,  <br><br>Plaintiff,<br><br>vs.<br><br>FURY, INC.  d/b/a CITY PRODUCE  a California corporation, ROBERT GARSHA, an individual,<br><br>Defendants. | Case No.  C 07 02886 RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16 and Federal Rule 7.1] |

     Pursuant to Civil L.R. 3-16 and Fed. Rule Civ. Pro. 7.1, the undersigned certifies that there are no corporate parents, affiliates and/or subsidiaries of answering defendants which are publicly held, and the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.
_____
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1. Named parties;

2. Certain presently unknown individuals or entities who may ultimately be determined to be the beneficiaries of the statutory trust established under the Perishable Agricultural Commodities Act ("PACA",) 7 U.S.C. § 499a, *et seq.,* in the action presently pending in the United States District Court, Southern District of New York, in Case No. 07-CV898 (RCC) entitled "GER-NIS International, LLC vs. FJB, Inc., dba Empire Produce and Robert T. Garsha" in which defendant Robert Garsha is one of the principals of defendant Empire Produce in that pending action; and who by virtue of their PACA Trust beneficiary status may be entitled to a prorata share of any monies recovered by plaintiff, Natural Selection Foods, LLC in this action. The identities of these individuals or entities when ascertained will be filed with the Court.

Dated: July 2, 2007

CHOATE & CHOATE

/s/ Joseph Choate, Jr.
Joseph Choate, Jr.  S. B. No. 039018
Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
2596 Mission Street, Suite 300
San Marino, California 91108
Telephone:     (213) 623-2297
Facsimile:     (213) 623-6429

Mark C. H. Mandell [MM-5708]
42 Herman Thau Road
Annandale, NJ 08801
Telephone:     908-638-4434

Counsel for Defendants

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**