CHOATE & CHOATE
Joseph Choate, Jr.  S. B. No. 039018
Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
2596 Mission Street, Suite 300
San Marino, California 91108
Telephone:    (213) 623-2297
Facsimile:     (213) 623-6429

Mark C. H. Mandell [MM-5708]
42 Herman Thau Road
Annandale, NJ 08801
Telephone:   908-638-4434

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS LLC d/b/a EARTHBOUND FARM, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FURY, INC. d/b/a CITY PRODUCE a California corporation, ROBERT GARSHA, an individual,<br><br>　　　　　Defendants. | Case No.  C 07 02886 RS<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[Local Rule 3-13] |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies as follows:

　　　　(A). The following pending action, at least to the extent of any claim upon the personal assets of defendant Robert Garsha, involves, or may involve a material part of the same subject matter contained in the action presently pending in the United States District Court, Southern District of New York, in Case No. 07-CV898 (RCC) entitled "GER-NIS International, LLC vs. FJB, Inc., dba Empire Produce and Robert T. Garsha"

1.

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

(B). Plaintiff in this present action, Natural Selection Foods, LLC, is not a party in the New York action, and neither coordination nor transfer would be appropriate.

(C.) Not applicable.

Dated: July 2, 2007

            CHOATE & CHOATE

/s/ Joseph Choate, Jr.
Joseph Choate, Jr.  S. B. No. 039018
Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
2596 Mission Street, Suite 300
San Marino, California 91108
Telephone: (213) 623-2297
Facsimile: (213) 623-6429

Mark C. H. Mandell [MM-5708]
42 Herman Thau Road
Annandale, NJ 08801
Telephone: 908-638-4434

Counsel for Defendants