# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Natural Selection Foods LLC,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Fury, Inc,<br><br>　　　　　　Defendant(s). | 07-02886 RS<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02886 RS                                      -2-

PROOF OF SERVICE

Case Name:     Natural Selection Foods LLC v. Fury, Inc

Case Number:   07-02886 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Lawrence DeFalco
> Meuers Law Firm, PL
> 5395 Park Central Court
> Naples, FL 34109
>
> Lawrence Henry Meuers
> Meuers Law Firm P.L.
> 5395 Park Central Court
> Naples, FL 34109
> lmeuers@meuerslawfirm.com
>
> Joseph Choate Jr.
> Choate & Choate
> 523 W. 6th Street
> Suite 541
> Los Angeles, CA 90014
> jchoate@choatelaw.net
>
> Robert Porter Lewis Jr.
> Choate & Choate
> 2596 Mission Street

Suite 300
San Marino, CA 91108

Bradley Lewis Cornell
Attorney at Law
Choate & Choate
2596 Mission Street
Suite 300
San Marino, CA 91108
bcornell@choatelaw.net


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov