1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven M. De Falco
3  Fla. Bar No. 0733571
4  MEUERS LAW FIRM, P.L.
   5395 Park Central Court
5  Naples, Florida 34109
6  Telephone: (239) 513-9191
7  Facsimile: (239) 513-9677
   lmeuers@meuerslawfirm.com
8  sdefalco@meuerslawfirm.com
9
10 Attorneys for Plaintiff

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
13

14 | NATURAL SELECTION FOODS, | Case No.: 07-02886-RS |
15 | LLC d/b/a EARTHBOUND FARM, a California limited liability company, | |
16 | | |
17 | Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
18 | vs. | |
19 | | |
20 | FURY, INC. D/B/A CITY PRODUCE, a California corporation, and | |
21 | ROBERT GARSHA, an individual, | |
22 | | |
23 | Defendants. | |

24       **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the
25 Federal Rules of Civil Procedure, Plaintiff, Natural Selection Foods, LLC
26 d/b/a Earthbound Farm, and Defendants, Fury, Inc. d/b/a City Produce
27 and Robert Garsha, by and through their undersigned counsel, stipulate to
28 the voluntary dismissal with prejudice of the above-entitled action against

| | |
|---|---|
| 1 | Defendants, Fury, Inc. d/b/a City Produce and Robert Garsha. Each |
| 2 | party is to bear its own attorneys' fees and costs. |
| 3 | Respectfully submitted on this 6th day of September, 2007. |

**MEUERS LAW FIRM, P.L.**               **CHOATE & CHOATE**

By:  s/Lawrence H. Meuers          By:  s/Joseph Choate, Jr.
     Lawrence H. Meuers                 Joseph Choate, Jr.
     (SBN: 197663)                      (SBN: 039018)
     Steven M. De Falco                 Robert P. Lewis, Jr.
     Fla. Bar No. 0733571               (SBN: 057624)
     5395 Park Central Court            Bradley L. Cornell
     Naples, FL  34109                  (SBN: 162384)
     Telephone: (239) 513-9191          2596 Mission Street, Suite 300
     Facsimile: (239) 513-9677          San Marino, CA  91108
     lmeuers@meuerslawfirm.com          Telephone: (213) 623-2297
     sdefalco@meuerslawfirm.com         Facsimile: (213) 623-6429

     Attorneys for Plaintiff            Attorneys for Defendants